# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAHER YANNI, M.D., a/s/o DANIEL B., | : |
| Plaintiff, | : Case No.: 2:12-cv-03822 (ES) (CLW) |
| v. | : **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| BLUE CROSS BLUE SHIELD OF GEORGIA, INC; AGL RESOURCES; ABC CORP. (1-10) (said names being fictitious and unknown entities), | : |
| Defendants. | : |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiff Baher Yanni, M.D. ("Plaintiff") and defendants Blue Cross and Blue Shield of Georgia, Inc. ("BCBSGA")[1] and AGL Resources, Inc. ("AGL"),[2] that the above-entitled action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a), as and without costs to any party as against any other.

The court shall retain jurisdiction over the settlement for a period of 60 days after it "so-orders" this stipulation of dismissal. The parties will make best efforts to finalize the settlement before the end of that 60-day period.

---

[1] Incorrectly sued as "Blue Cross Blue Shield of Georgia, Inc."

[2] Incorrectly sued as "AGL Resources."

Dated:    December 17, 2012
          New York, New York

MASSOOD & BRONSNICK, LLC                    CROWELL & MORING LLP

By:  s/ Andrew R. Bronsnick                 By:  s/ Mark S. Lichtenstein
     Andrew R. Bronsnick, Esq.                   Mark S. Lichtenstein
     50 Packanack Lake Road East                 590 Madison Avenue, 20th Floor
     Wayne, New Jersey  07470                    New York, NY  10022
     Telephone:  (973) 696-1900                  Telephone:  (212) 223-4000
     *Attorneys for Plaintiff Baher Yanni,*      Facsimile:  (212) 223-4134
     *M.D.*                                      *Attorneys for Defendants Blue Cross*
                                                 *and Blue Shield of Georgia, Inc. and*
                                                 *AGL Resources, Inc.*

So ORDERED this ___ day of December, 2012.

_____
     Honorable Cathy L. Waldor
     United States Magistrate Judge