UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAHER YANNI, M.D., a/s/o DANIEL B., :<br><br>Plaintiff, :<br><br>v. :<br><br>BLUE CROSS BLUE SHIELD OF :<br>GEORGIA, INC; AGL RESOURCES; :<br>ABC CORP. (1-10) (said names being :<br>fictitious and unknown entities), :<br><br>Defendants. : | Case No.: 2:12-cv-03822 (ES) (CLW)<br><br>**STIPULATION OF DISMISSAL**<br>**WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiff Baher Yanni, M.D. ("Plaintiff") and defendants Blue Cross and Blue Shield of Georgia, Inc. ("BCBSGA")[1] and AGL Resources, Inc. ("AGL"),[2] that the above-entitled action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a), as and without costs to any party as against any other.

The court shall retain jurisdiction over the settlement for a period of 60 days after it "so-orders" this stipulation of dismissal. The parties will make best efforts to finalize the settlement before the end of that 60-day period.

---

[1] Incorrectly sued as "Blue Cross Blue Shield of Georgia, Inc."

[2] Incorrectly sued as "AGL Resources."

DCACTIVE-21871145.1

Dated:    December 17, 2012
         New York, New York

MASSOOD & BRONSNICK, LLC    CROWELL & MORING LLP

By:   s/ Andrew R. Bronsnick        By:   s/ Mark S. Lichtenstein
      Andrew R. Bronsnick, Esq.           Mark S. Lichtenstein
      50 Packanack Lake Road East         590 Madison Avenue, 20th Floor
      Wayne, New Jersey  07470            New York, NY  10022
      Telephone:  (973) 696-1900          Telephone:  (212) 223-4000
      *Attorneys for Plaintiff Baher Yanni,*   Facsimile:  (212) 223-4134
      *M.D.*                              *Attorneys for Defendants Blue Cross*
                                          *and Blue Shield of Georgia, Inc. and*
                                          *AGL Resources, Inc.*

So ORDERED this 18+ day of December, 2012.

_____
Honorable ~~Cathy L. Waldor~~ Esther Salas
United States ~~Magistrate~~ District Judge