UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAHER YANNI, M.D. a/s/o DANIEL B.,<br><br>    Plaintiff,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF GEORGIA, ET AL.,<br><br>    Defendants. | Case No.: 2:12-cv-03822-ES-CLW<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a), by and among Plaintiff Baher Yanni, M.D. and Defendants Blue Cross and Blue Shield of Georgia, Inc. ("BCBSGA")[1] and AGL Resources, Inc. ("AGL"),[2] that this entire action shall be, and the same is hereby, dismissed with prejudice, each party to bear her or its own attorneys' fees and costs.

Dated:  January ___, 2013                Respectfully submitted,


                                         _____/s/ Andrew R. Bronsnick_____
                                         Andrew R. Bronsnick, Esq.
                                         MASSOOD & BRONSNICK, LLC,
                                         50 Packanack Lake Road East
                                         Wayne, NJ  07470-6663
                                         Telephone:  (973) 696-1900
                                         Fax:  (973) 696-4211

                                         *Attorneys for Plaintiff*

---

[1] Incorrectly sued as "Blue Cross Blue Shield of Georgia, Inc."

[2] Incorrectly sued as "AGL Resources."

        */s/ Mark S. Lichtenstein*
Mark S. Lichtenstein
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000
Facsimile:  (212) 223-4134

*Attorneys for Defendants Blue Cross
And Blue Shield of Georgia, Inc. and
AGL Resources, Inc.*

SO ORDERED, this ___ day of _____, 2013.

_____
The Honorable Esther Salas
U.S. District Court Judge