UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAHER YANNI, M.D. a/s/o DANIEL B. | |
| Plaintiff, | Case No.: 2:12-cv-03822-ES-CLW |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| BLUE CROSS BLUE SHIELD OF GEORGIA, ET AL., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a), by and among Plaintiff Baher Yanni, M.D. and Defendants Blue Cross and Blue Shield of Georgia, Inc. ("BCBSGA")[1] and AGL Resources, Inc. ("AGL"),[2] that this entire action shall be, and the same is hereby, dismissed with prejudice, each party to bear her or its own attorneys' fees and costs.

Dated: January 28, 2013

Respectfully submitted,

/s/ Andrew R. Bronsnick
Andrew R. Bronsnick, Esq.
MASSOOD & BRONSNICK, LLC,
50 Packanack Lake Road East
Wayne, NJ 07470-6663
Telephone: (973) 696-1900
Fax: (973) 696-4211

*Attorneys for Plaintiff*

---

[1] Incorrectly sued as "Blue Cross Blue Shield of Georgia, Inc."

[2] Incorrectly sued as "AGL Resources."

/s/ Mark S. Lichtenstein
Mark S. Lichtenstein
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

*Attorneys for Defendants Blue Cross And Blue Shield of Georgia, Inc. and AGL Resources, Inc.*

SO ORDERED, this 28 day of January, 2013.

The Honorable Esther Salas
U.S. District Court Judge